IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0608
 ((((((((((((((((

 In Re Frost National Bank, Former Executor of The Estate Of Elena Suess
 Kenedy, Deceased; Frost National Bank and Pablo Suess, Trustees of The John
 G. Kenedy, Jr. Charitable Trust; and the Missionary Oblate Fathers of Texas

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. This above-referenced cause is ABATED pending the Thirteenth
Court of Appeals' decisions in case numbers: 13-06-00149, Ann M. Fernandez
v. Frost National Bank, et al., 13-06-00170, Ann M. Fernandez v. The John
G. and Marie Stella Kenedy Memorial Foundation, and 13-06-00539-CV, Ann M.
Fernandez v. The John G. and Marie Stella Kenedy Foundation, et al. 2.
This cause is removed from the Court's active docket until further order of
this Court. The parties shall immediately notify this Court about any
changes in status.

 Done at the City of Austin, this 15th day of February, 2008.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk